1  Derrick S. Penney, Esq.
   Nevada Bar No. 8606
2  PENNEY LAW FIRM
   1701 West Charleston, Boulevard, Suite 600
3  Las Vegas, Nevada  89102
   Telephone: (702) 497-7545
4  Facsimile: (702) 778-5007
   Email: penneylawfirm@gmail.com
5  *Attorneys for Absolute Collection Services, LLC*

6

7                     UNITED STATES DISTRICT COURT

8                          DISTRICT OF NEVADA

9

| Green Tree Servicing, LLC, | Case No.: 2:15-cv-00700-GMN-GWF |
|---|---|
| Plaintiff, | |
| v. | |
| Collegium Fund LLC-Series 31; Tierra De Las Palmas Owners Association; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claiming interest in the subject property located at 2220 Mediterranean Sea Avenue, North Las Vegas, Nevada 89031, | **Stipulation and Order to Extend Deadline for Absolute Collection Services, LLC to File an Answer to Third-Party Complaint** |
| Defendants. | |
| Tierra De Las Palmas Owners Association, a domestic non-profit corporation, | |
| Third-Party Plaintiff, | |
| v. | |
| Absolute Collection Services, LLC | |
| Third-Party Defendant. | |

IT IS HEREBY STIPULATED between Third-Party Plaintiff, Tierra De Las Palmas Owners Association, ("Association" or "Third-Party Plaintiff") by and through its attorney of record Elizabeth B. Lowell, Esq., of the law firm Pengilly Law Firm and Third-Party Defendant Absolute Collection Services, LLC ("Absolute" or "Third-Party Defendant"), by and through its attorney of record, Derrick S. Penney, Esq., of the law firm Penney Law Firm, to extend the

~ - 1 - ~

deadline for Absolute to file its Answer to Third-Party Complaint to **August 31, 2015.**

This is the party's second request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 25th day of August, 2015

**PENGILLY LAW FIRM**

*/s/ Elizabeth B. Lowell*
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
1995 Village Center Circle, Suite 190
Las Vegas, Nevada 89134
Telephone (702) 889-6665
Facsimile (702) 889-6664
*Attorney for Third-Party Plaintiff*
*Tierra De Las Palmas Owners Association*

DATED this 25th day of August, 2015

**PENNEY LAW FIRM**

*/s/ Derrick S. Penney*
Derrick S. Penney, Esq.
Nevada Bar No. 8606
1701 West Charleston Boulevard, Suite 600
Las Vegas, Nevada 89102
Telephone (702) 497-7545
Facsimile (702) 778-5007
*Attorney for Third-Party Defendant*
*Absolute Collection Services, LLC*

## ORDER

IT IS SO ORDERED.

Dated this 25th day of August, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Respectfully submitted by
PENNEY LAW FIRM

*/s/ Derrick S. Penney*
Derrick S. Penney, Esq.
Nevada Bar No. 8606
1701 West Charleston, Boulevard, Suite 600
Las Vegas, Nevada   89102