UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING, LLC, ) | |
|         Plaintiff, ) | Case No. 2:15-cv-00700-GMN-GWF |
| vs. ) | **ORDER** |
| COLLEGIUM FUND LLC-SERIES 31, et al., ) | |
|         Defendants. ) | |

This matter is before the Court on Plaintiff/Counterclaim Defendant Green Tree Servicing LLC's Motion for Leave to File Second Amended Complaint for Quiet Title and Declaratory Judgment (#40), filed September 24, 2015. There being no opposition, the Court will grant this motion. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff/Counterclaim Defendant Green Tree Servicing LLC's Motion for Leave to File Second Amended Complaint for Quiet Title and Declaratory Judgment (#40) is **granted.**

**IT IS FURTHER ORDERED** that the hearing scheduled for November 10, 2015 at 1:30 p.m. is **vacated**.

DATED this 10th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge