**COLT B. DODRILL, ESQ.**
**Nevada Bar No. 9000**
**JANET L. MERRILL, ESQ.**
**Nevada Bar No. 10736**
**WOLFE & WYMAN LLP**
**980 Kelly Johnson Drive, Ste 140**
**Las Vegas, NV  89119**
**Tel: (702) 476-0100**
**Fax: (702) 476-0101**
**cbdodrill@wolfewyman.com**
**jlmerrill@wolfewyman.com**

Attorneys for Plaintiff/Counterclaim Defendant
**GREEN TREE SERVICING LLC, now**
**known as Ditech Financial LLC**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING LLC, | CASE NO.:  2:15-cv-00700-GMN-GWF |
|       Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF GREEN TREE SERVICING LLC'S THIRD CAUSE OF ACTION ONLY [DOCKET NO. 53]** |
| COLLEGIUM FUND LLC-SERIES 31; TIERRA DE LAS PALMAS OWNERS ASSOCIATION, | |
|       Defendants. | |
| TIERRA DE LAS PALMAS OWNERS ASSOCIATION, | |
|       Third-Party Plaintiff, | |
| v. | |
| ABSOLUTE COLLECTION SERVICES, LLC A Nevada limited liability company, | |
|       Third-Party Defendant. | |
| COLLEGIUM FUND LLC-SERIES 31; a Nevada Limited Liability Company, | |
|       Counterclaim Plaintiff, | |
| v. | |
| GREEN TREE SERVICING LLC; JOSEPH P. SAUER, an individual; CYNTHIA A. SAUER, an individual; DOE INDIVIDUALS 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive, | |
|       Counterclaim Defendants. | |

1

2203750.1

COLLEGIUM FUND LLC-SERIES 31; a Nevada Limited Liability Company,

        Third-Party Plaintiff,

  v.

JOSEPH P. SAUER, an individual; CYNTHIA A. SAUER, an individual; DOE INDIVIDUALS 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,

        Third-Party Defendants.

Plaintiff GREEN TREE SERVICING LLC now known as DITECH FINANCIAL LLC, by and through its undersigned counsel of record, WOLFE & WYMAN LLP, Defendant COLLEGIUM FUND LLC-SERIES 31, by and through its undersigned counsel of record, CONNAGHAN NEWBERRY LAW FIRM, Defendant TIERRA DE LAS PALMAS OWNERS ASSOCIATION, by and through its undersigned counsel of record, PENGILLY LAW FIRM, Third Party Defendant ABSOLUTE COLLECTION SERVICES, by and through its undersigned counsel of record, MICHAELSON & ASSOCIATES, LTD hereby stipulate to dismiss Plaintiff's Third Cause of Action set forth in Green Tree's Second Amended Complaint for Quiet Title and Declaratory Judgment (Docket No. 53).

///
///
///
///
///
///
///
///
///
///
///
///

2203750.1

1   This Stipulation only applies to the Third Cause of Action with each party to bear its own

2   costs and attorney's fees.

3       **IT IS SO STIPULATED.**

4   DATED this 22nd day of January, 2016.

5

6   By:/s/ Colt Dodrill _____         By:/s/ Elizabeth Lowell _____
7       Colt B. Dodrill, Esq.                    James W. Pengilly, Esq.
        Nevada Bar No. 9000                      Nevada Bar No. 6085
8       Janet L. Merrill, Esq.                   Elizabeth B. Lowell, Esq.
        Nevada Bar No. 10736                     Nevada Bar No. 8551
9       WOLFE WYMAN, LLP                         PENGILLY LAW FIRM
        980 Kelly Johnson Drive, Suite 140       1995 Village Center Circle, Suite 190
10      Las Vegas, NV 89119                      Las Vegas, NV 89134
        *Attorneys for Green Tree Servicing,*    *Attorneys for Tierra De Las Palmas Owners*
11      *LLC now known as Ditech Financial*      *Association*
        *LLC*
12

13

14  By:/s/ Paul Connaghan _____       By:/s/ John Park _____
        Paul R. Connaghan, Esq.                  John P. Michaelson, Esq.
15      Nevada Bar No. 3229                      Nevada Bar No. 7822
        Tara D. Newberry, Esq.                   John Park, Esq.
16      Nevada Bar No. 10696                     Nevada Bar No. 12626
        CONNAGHAN NEWBERRY LAW                   MICHAELSON & ASSOCIATES, LTD.
17      7854 W. Sahara Ave.                      2200 Paseo Verde Parkway, Suite 160
        Las Vegas, NV 89117                      Henderson, NV 89052
        *Attorneys for Collegium Fund LLC-*      *Attorney for Absolute Collection Services*
18      *Series 31*

19

20

21

22

23                                      **ORDER**

24                                      IT IS SO ORDERED.

25

26                                      _____
                                        UNITED STATES DISTRICT JUDGE
27

28                                      Dated:  January 26 , 2016

3



WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

2203750.1