1

2

3

4              **UNITED STATES DISTRICT COURT**

5                    **DISTRICT OF NEVADA**

6

7    GREEN TREE SERVICING, LLC,                )
                                                )
8                      Plaintiff,               )        Case No. 2:15-cv00700-GMN-GWF
                                                )
9    vs.                                        )        **ORDER OF RECUSAL**
                                                )
10   COLLEGIUM FUND SERIES 31, *et al.*,        )
                                                )
11                     Defendants.              )
     _____)

12

13          The undersigned United States Magistrate Judge for the District of Nevada hereby recuses

14   himself from the above-entitled matter in order to avoid the appearance of impropriety, in a

15   proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct,

16   Canon 3(E)(1) and 28 U.S.C. § 455(a).

17          Based on the foregoing and good cause appearing therefor,

18          **IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random

19   reassignment to another Magistrate Judge.

20          DATED this 18th day of November, 2016.

21

22                                              _____
                                                GEORGE FOLEY, JR.
23                                              U.S. MAGISTRATE JUDGE

24

25

26

27

28