| | |
|---|---|
| 1 | ROBERT T. ROBBINS, ESQ. |
| | Nevada Bar No. 6109 |
| 2 | rrobbins@robbinslawfirm.legal |
| | ELIZABETH B. LOWELL, ESQ. |
| 3 | Nevada Bar No. 8551 |
| | elowell@robbinslawfirm.legal |
| 4 | 1995 Village Center Circle, Suite 190 |
| | Las Vegas, NV 89134 |
| 5 | T: (702) 889-6665; F: (702) 889-6664 |
| | *Counsel for Defendant* |
| 6 | *Tierra De Las Palmas Owners Association* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING LLC, | CASE NO: 2:15-cv-00700-GMN-GWF |
| Plaintiff, | |
| v. | |
| COLLEGIUM FUND LLC-SERIES 31; TIERRA DE LAS PALMAS OWNERS ASSOCIATION; DOES 1 through 10, inclusive; ROES business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 2220 Mediterranean Sea Avenue, North Las Vegas, Nevada 89031, | **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | |
| TIERRA DE LAS PALMAS OWNERS ASSOCIATION, a domestic non-profit corporation, | |
| Third-Party Plaintiff, | |
| v. | |
| ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited liability company, | |
| Third-Party Defendant. | |

IT IS HEREBY STIPULATED between Plaintiff, GREEN TREE SERVICING LLC ("Green Tree"), Defendant COLLEGIUM FUND LLC-SERIES 31 "Collegium"), Defendant and Third-Party Plaintiff, TIERRA DE LAS PALMAS OWNERS ASSOCIATION ("TDLP"), and

1

Third-Party Defendant, ABSOLUTE COLLECTION SERVICES, LLC ("ACS") by and through their respective counsels of record, that all of the third-party claims, brought by TDLP and remaining for adjudication after the Court's Order of September 28, 2018, granting summary judgment on the issue of whether the Bank's deed of trust survived the homeowners association

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

foreclosure sale are hereby dismissed without prejudice, with each party to bear its own attorney fees and costs.

**IT IS SO STIPULATED.**

| **WOLFE & WYMAN LLP** | **CLARK NEWBERRY LAW FIRM** |
|---|---|
| */s/ Danielle A. Kolkoski* | */s/ Tara Clark Newberry* |
| ANDREW A. BAO, ESQ.<br>Nevada Bar No. 10508<br>DANIELLE A. KOLKOSKI, ESQ.<br>Nevada Bar No. 8506<br>WOLFE WYMAN, LLP<br>6757 Spencer Street<br>Las Vegas, NV 89119<br>Attorneys for Defendant<br>DITECH FINANCIAL LLC | Tara Clark Newberry, Esq. (SBN: 10696)<br>tnewberry@cnlawlv.com<br>810 S. Durango Drive, Suite 102<br>Las Vegas, Nevada 89145<br>Tel: (702) 608-4232<br>Fax: (702) 346-1980<br>*Attorney for Collegium Fund LLC Series 3112* |
| **ROBBINS LAW FIRM** | **SHANE D. COX, ESQ.** |
| */s/ Elizabeth B. Lowell* | */s/ Shane D. Cox* |
| Robert T. Robbins, Esq.<br>Nevada Bar No. 6109<br>Elizabeth B. Lowell, Esq.<br>Nevada Bar No. 8551<br>1995 Village Center Cir., Suite 190<br>Las Vegas, NV 89134<br>*Attorneys for Defendant, Tierra de las Palmas Owners Association* | Nevada Bar No. 13852<br>8440 W. Lake Mead Blvd., Ste. 210<br>Las Vegas, NV 89128<br>(702) 531-3394<br>(702) 531-3396<br>shane@absolute-collection.com<br>*Attorney for Absolute Collections Services, LLC* |

**IT IS SO ORDERED.**

Dated this __12__ day of December, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

3